**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21019-CIV-ALTONAGA/Reid**

**US HEALTH DRUGSTORE, INC.,**

     Plaintiff,

v.

**PHARMA DEVELOPPMENT SAS**, *et al.*,

     Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Proposed Schedule for Jurisdictional Discovery [ECF No. 27], filed on March 20, 2026.

Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to 28 U.S.C. section 636 and the District's Magistrate Judge Rules, all discovery matters are referred to Magistrate Judge Lisette M. Reid.

2. By **April 3, 2026**, Plaintiff shall serve Defendants with jurisdictional discovery requests. Plaintiff may propound twelve (12) requests for production of documents; ten (10) interrogatories; and ten (10) requests for admission. No merits discovery shall take place unless ordered by the Court.

3. After proper conferral and by **April 13, 2026**, Defendants shall serve any objections to Plaintiff's jurisdictional discovery requests. If the parties must present disagreements to Magistrate Judge Reid for resolution, they shall do so by **April 17, 2026**.

4. By **May 8, 2026**, Defendants shall respond to all written jurisdictional discovery requests and complete production of all requested documents, with the exception of any matters awaiting resolution by Magistrate Judge Reid.

5. By **June 5, 2026**, the parties shall complete jurisdictional discovery, including any

CASE NO. 26-21019-CIV-ALTONAGA/Reid

depositions.  Plaintiff may depose, for up to three hours each, Defendant, Mario Giron and the corporate representative of Defendant, Pharma Developpment SAS.

6.      By **June 12, 2026**, Plaintiff shall file an amended complaint or a notice indicating it wishes to proceed based on the original Complaint [ECF No. 1].  Defendants shall thereafter file a combined response or separate answers to the operative pleading within the time permitted by the rules.

7.      The parties shall comply with the discovery procedures provided in the document titled, "Standing Discovery Order for Magistrate Judge Lisette M. Reid," available on the Court's website.  **No written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed.**  Counsel must confer and engage in reasonable compromise in a genuine effort to resolve their discovery disputes before seeking the Court's intervention.  The Court may impose sanctions, monetary or otherwise, if it determines discovery is being improperly sought or is being withheld in bad faith.  If, after conferring, the parties are unable to resolve their discovery dispute without Court intervention, the moving party must seek relief by contacting Judge Reid's Chambers by email and requesting a hearing. The requesting party must send an email to reid@flsd.uscourts.gov in which it shall copy all opposing counsel, provide a brief description of the nature of the dispute, and attach any reliance materials.  Specific requirements for that email are outlined in the "Standing Discovery Order for Magistrate Judge Lisette M. Reid" document available on the Court's website.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of March, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2